UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA MONTGOMERY<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM P. BARR, et al.,<br><br>　　　　　Defendants. | No. 20-cv-3214 (TNM) |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Lisa Montgomery, a prisoner with severe documented mental illnesses related to years of sexual and other trauma, moves for a preliminary injunction to reduce the cruelty she is currently suffering at Federal Medical Center Carswell and to prevent Defendants' imminent transfer of Plaintiff to United States Penitentiary Terre Haute, which is an all-male prison where Plaintiff's mental illnesses will be profoundly exacerbated and she is very likely to have a catastrophic mental breakdown.  Fed. R. Civ. P. 65.  For the reasons set out in the accompanying Memorandum of Law, Defendants are in violation of the Eighth Amendment to the United States Constitution, the Rehabilitation Act, and the Administrative Procedure Act.

Accordingly, Plaintiff respectfully requests that the Court grant this Motion and issue a preliminary injunction pending a decision on the merits of the claims in Plaintiff's Complaint (Dkt. 1).  Regarding conferral, Defendants appeared at the November 13, 2020 hearing and stated that they plan to oppose this Motion.

Dated:  November 16, 2020

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

By: */s/ Robin Nunn*
Robin Nunn
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 739-5382
Fax: (202) 739-3001
robin.nunn@morganlewis.com

Cassandra Stubbs*
Brian Stull*
Christina Hecker
Denise LeBoeuf
ACLU Capital Punishment Project
201 W. Main Street, Suite 402
Durham, NC 27705
Tel: (919) 682-5659
cstubbs@aclu.org
bstull@aclu.org
checker@aclu.org
dleboeuf@aclu.org

David C. Fathi**
Lauren Kuhlik (D.C. Bar No. 888324779)
ACLU National Prison Project
915 15th Street, N.W., 7th Floor
Washington, D.C. 20005
Tel: (202) 548-6603
dfathi@aclu.org
lkuhlik@aclu.org

Anjana Samant*
ACLU Women's Rights Project
125 Broad Street
New York, NY 10004
Tel: (646) 885-8341
asamant@aclu.org

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street, N.W. – 2nd Floor
Washington, D.C. 20005
Tel: (202) 601-4266
aspitzer@acludc.org

2

<u>*Pro hac vice application forthcoming</u>
<u>**Not admitted in DC; practice limited to federal courts</u>