UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LISA MONTGOMERY,

        *Plaintiff*,

    v.

WILLIAM P. BARR,
United States Attorney General, *et al.*,

        *Defendants*.

Civil Action No. 20-3214 (TNM)

## NOTICE OF RESHCEDULED EXECUTION DATE

Defendants hereby notify the Court that the Director of the Federal Bureau of Prisons has rescheduled the execution of Plaintiff Lisa Montgomery for January 12, 2021.

\*     \*     \*

Dated:  November 23, 2020

Respectfully submitted,

TIMOTHY A. GARRISON
United States Attorney
Western District of Missouri

JEFFREY RAY
Deputy United States Attorney
Western District of Missouri

BRIAN P. CASEY
Chief, Appellate Division
Western District of Missouri

*/s/ Alan T. Simpson*
ALAN T. SIMPSON, Missouri Bar #65183
Assistant United States Attorney
Western District of Missouri
Special Assistant United States Attorney
District of Columbia


 – and –

MICHAEL R. SHERWIN
Acting United States Attorney
District of Columbia

DANIEL F. VAN HORN
Chief, Civil Division
District of Columbia

*/s/ Johnny Walker*
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Attorneys for Defendants*